# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

AL and PO Corporation

                                            Plaintiff,

v.                                                                             Case No.: 1:14–cv–02094
                                                                             Honorable John A. Nordberg

National Vein Technologies, LLC

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 2, 2014:

       MINUTE entry before the Honorable John A. Nordberg: Plaintiff requests that this case be dismissed without prejudice and without costs to any party is granted. Motion to certify class [3] is terminated. Civil case terminated. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.